UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH V. MCCRELESS,

    Petitioner,

                             Case No.  3:12cv414/RV/CJK

SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 16, 2014.  (Doc. 24).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to  file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which a timely objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed (doc. 27), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's Report and Recommendation (doc. 24) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Joseph Virgil McCreless*, Santa Rosa County, Florida, Circuit Court Case Number 07-1257, is DENIED.

3.  The clerk is directed to close the file.

4.  A certificate of appealability is DENIED.

**ORDERED** on this 21st day of January, 2014.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**